UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**Tammy Crabtree**
    Plaintiff,

              Case No.  14-cv-174

vs.

**Mercy Health System Corporation**
**Long Term Disability Income Plan**
And,
**Standard Insurance Company,**
    Defendants.

---

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiff, Tammy Crabtree, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The plaintiff's full name is Tammy C. Crabtree.

2. Not applicable.

3. No other person presently serves as counsel for Plaintiff in this matter.

Dated: February 19, 2014.

            **HAWKS QUINDEL, S.C.**

      By:   */s/ William E. Parsons*
         William E. Parsons, State Bar No. 1048594
         Email: wparsons@hq-law.com
         Danielle M. Schroder, State Bar No. 1079870
         Email: dschroder@hq-law.com
         222 West Washington Avenue, Suite 450
         Post Office Box 2155
         Madison, Wisconsin 53701-2155
         Telephone: 608/257-0040
         Facsimile: 608/256-0236
         Attorneys for Plaintiff, Tammy Crabtree