IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | |
|---|---|
| TAMMY CRABTREE, | )<br>) |
| *Plaintiff* | )<br>) |
| | ) Case No.: 2:14-cv-00174-RTR |
| *v.* | )<br>) Judge Rudolph T. Randa |
| MERCY HEALTH SYSTEM<br>CORPORATION LONG TERM<br>DISABILITY INCOME PLAN and<br>STANDARD INSURANCE COMPANY, | )<br>) Magistrate Judge William E. Callahan, Jr.<br>)<br>) |
| *Defendants* | ) |

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for STANDARD INSURANCE COMPANY, defendant, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

☐ My client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.

☒ My client has the following parent corporation(s):

StanCorp Financial Group, Inc.

☒ The following publically held corporation(s) own 10% or more of my client's stock:

StanCorp Financial Group, Inc.

Date: March 18, 2014

Respectfully submitted,

Jacqueline J. Herring (Ill. Bar. No. 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com

By:   /s/Jacqueline J. Herring
        Attorney for Defendant,
        Standard Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2014, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

William E. Parsons
Danielle M. Schroder
Hawks Quindel, S.C.
222 West Washington Ave., Suite 450
P.O. Box 2155
Madison, WI 53701-2155
wparsons@hq-law.com
dschroder@hq-law.com

                                          /s/ Jacqueline J. Herring
                                          SMITH | VON SCHLEICHER + ASSOCIATES
                                          180 North LaSalle St. Suite 3130
                                          Chicago, Illinois 60601
                                          P 312.541.0300 | F 312.541.0933
                                          jackie.herring@svs-law.com
                                          Ill. Bar No. 6282246